Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−27552−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Andrew Mugnone Jr.                                LuAnn Mugnone
   80 Clark Avenue                                     80 Clark Avenue
   Bloomfield, NJ 07003                          Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−6494                                           xxx−xx−4519

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2019.

On 8/31/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                     October 14, 2021
Time:                   08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 31, 2021
JAN: wdh

                                                                                                           Jeanne Naughton
                                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27552-JKS |
| Andrew Mugnone, Jr. | Chapter 13 |
| LuAnn Mugnone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 31, 2021 | Form ID: 185 | Total Noticed: 113 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Mugnone, Jr., LuAnn Mugnone, 80 Clark Avenue, Bloomfield, NJ 07003-3747 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517734538 | + | Ambulatory Anesthesia Physician, PO BOX 48180, Newark, NJ 07101-8380 |
| 517734539 | + | American Anesthesiology of NJ, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 517776655 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734541 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 517734540 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517734542 | + | Andrew & Helen Mugnone, 308 E Quailwood Drive, Fuquay Varina, NC 27526-6890 |
| 517734544 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517734543 | + | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 517734545 | + | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517834645 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517768000 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517734548 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517734547 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517859142 | + | Barnabas Health Medical Group, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 517734551 | + | Cap1/justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517734550 | + | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517780096 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734563 | + | Clara Maass Medical Centr, P O BOX 18346, Newark, NJ 07191-8346 |
| 517734564 | + | Columbia Doctors, PO Box 26947, New York, NY 10087-6947 |
| 517734574 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517734573 | + | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 517734576 | + | Discover Personal Loan, 502 E Market St, Greenwood, DE 19950-9700 |
| 517734577 | | Disney Vacation Dev Inc, 18151 Community Drive, Lake Buena Vista, FL 32830 |
| 517891770 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517891771 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408 ST. PAUL, MN 55116-0408 |
| 517734579 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517734580 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517734581 | + | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 517734582 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517734583 | + | Gynecologic Cancer & Pelvic Surgery LLC, 101 Old Short Hills Road, Suite 400, West Orange, NJ 07052-1023 |
| 517734584 | + | Hackensack University Hospital, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518778180 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 518778181 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798, KHEAA, PO BOX 798 FRANKFORT KY 40602-0798 |
| 517734589 | + | Moneer K Hanna, MD, 101 Old Short Hills Road, Suite 203, West Orange, NJ 07052-1090 |
| 517859150 | + | Montclair Radiology, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734594 | | NICU Associates at St. Barnabas, PO BOX 18220, Newark, NJ 07191-8220 |
| 517776838 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |

Case 18-27552-JKS    Doc 46    Filed 09/02/21    Entered 09/03/21 00:13:12    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 185 | Total Noticed: 113 |

| | | |
|---|---|---|
| 517761621 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 517734595 | + | North American Partners In Anesthesia, PO Box 49, Glen Head, NY 11545-0049 |
| 517734596 | + | Northland Group Inc, P.O Box 390905, Minneapolis, MN 55439-0905 |
| 517766048 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 518040094 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517734599 | + | Santander Bank Na, Po Box 841002, Boston, MA 02284-1002 |
| 517734598 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517767125 | + | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 517734600 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517855868 | + | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517734601 | + | Short HIlls Surgery Center, 187 Millburn Ave, Millburn, NJ 07041-1845 |
| 518545054 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734602 | + | St. Joseph's Regional Medical Center, PO BOX 36284, Newark, NJ 07188-6206 |
| 517734604 | + | Suburban Endoscopy Center, 799 Bloomfield Ave Suite 101, Verona, NJ 07044-1301 |
| 517734614 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517734613 | + | The Law Offices of Frederic I. Weinberg, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 517834162 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517734615 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517790043 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517734618 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |
| 517734619 | + | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 31 2021 20:24:47 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517734553 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 20:24:53 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517734552 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 20:24:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517734554 | + | Email/Text: bankruptcy@certifiedcollection.com | Aug 31 2021 20:21:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:50 | Citibank North America, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517734557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:45 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517865766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517734560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:45 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517734559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:56 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517734562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:56 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |

Case 18-27552-JKS    Doc 46    Filed 09/02/21    Entered 09/03/21 00:13:12    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 185 | Total Noticed: 113 |

| | | | | |
|---|---|---|---|---|
| 517734561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:50 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517734565 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734566 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517734567 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Bank/Woman Within, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Bank/Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 517734569 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenity Capital/mprc, Po Box 182120, Columbus, OH 43218-2120 |
| 517734572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenitycapital/dvdsbr, Po Box 182120, Columbus, OH 43218-2120 |
| 517734571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 31 2021 20:21:00 | Comenitycapital/dvdsbr, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734575 | + | Email/Text: dplbk@discover.com | Aug 31 2021 20:21:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 517751446 | + | Email/Text: dplbk@discover.com | Aug 31 2021 20:21:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517734585 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2021 20:21:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517734555 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 31 2021 20:24:44 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517734556 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 31 2021 20:24:44 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517734587 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 31 2021 20:21:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517734586 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 31 2021 20:21:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517855026 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 20:24:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517800679 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 20:24:45 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517826542 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 31 2021 20:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517734590 | + | Email/PDF: pa_dc_claims@navient.com | Aug 31 2021 20:24:55 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517734591 | + | Email/PDF: pa_dc_claims@navient.com | Aug 31 2021 20:24:45 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517734592 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 31 2021 20:21:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 517734593 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 31 2021 20:21:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 517852638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 20:24:49 | Portfolio Recovery Associates, LLC, c/o Justice, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 517856658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2021 20:24:49 | | Portfolio Recovery Associates, LLC, c/o L.l.bean, POB 41067, Norfolk VA 23541 |
| 517852235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2021 20:24:49 | | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 517850650 | | Email/Text: bnc-quantum@quantum3group.com Aug 31 2021 20:21:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517850649 | | Email/Text: bnc-quantum@quantum3group.com Aug 31 2021 20:21:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517863963 | + | Email/Text: bncmail@w-legal.com Aug 31 2021 20:21:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517734606 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:53 | | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734605 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:52 | | Syncb/Toys 'R' Us, Attn: Bankruptcy, Po Box 965004, Orlando, FL 32896-5004 |
| 517734607 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:52 | | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517737371 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:47 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517734609 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:52 | | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734610 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:52 | | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517734611 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:52 | | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734612 | + | Email/PDF: gecsedi@recoverycorp.com Aug 31 2021 20:24:47 | | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517853200 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2021 20:24:50 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517734616 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 31 2021 20:21:00 | | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517734617 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 31 2021 20:21:00 | | Verizon, Po Box 650051, Dallas, TX 75265-0051 |
| 517734620 | + | Email/Text: bankruptcydept@wyn.com Aug 31 2021 20:21:00 | | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517734549 | | Cap1/bstby |
| 517734578 | | Elaine J. Fredo |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517734546 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517734597 | *+ | Northland Group Inc, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 517734603 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518897352 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518897353 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 31, 2021 | Form ID: 185 | Total Noticed: 113 |

| | | |
|---|---|---|
| 518545055 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734608 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734588 | ##+ | MCS Claim Services Inc, 123 Frost Street, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Andrew Mugnone  Jr. ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | on behalf of Joint Debtor LuAnn Mugnone ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7