Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27552−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Mugnone Jr.
80 Clark Avenue
Bloomfield, NJ 07003

LuAnn Mugnone
80 Clark Avenue
Bloomfield, NJ 07003

Social Security No.:
 xxx−xx−6494

xxx−xx−4519

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 18, 2021.

Dated: October 18, 2021
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 18-27552-JKS
Andrew Mugnone, Jr.                                                                               Chapter 13
LuAnn Mugnone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 5
Date Rcvd: Oct 18, 2021                       Form ID: plncf13                     Total Noticed: 113

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Mugnone, Jr., LuAnn Mugnone, 80 Clark Avenue, Bloomfield, NJ 07003-3747 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517734538 | + | Ambulatory Anesthesia Physician, PO BOX 48180, Newark, NJ 07101-8380 |
| 517734539 | + | American Anesthesiology of NJ, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 517776655 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734541 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 517734540 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517734542 | + | Andrew & Helen Mugnone, 308 E Quailwood Drive, Fuquay Varina, NC 27526-6890 |
| 517734544 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517734543 | + | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 517734545 | + | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517834645 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517768000 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517734548 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517734547 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517859142 | + | Barnabas Health Medical Group, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 517734551 | + | Cap1/justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517734550 | + | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517780096 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734563 | + | Clara Maass Medical Centr, P O BOX 18346, Newark, NJ 07191-8346 |
| 517734564 | + | Columbia Doctors, PO Box 26947, New York, NY 10087-6947 |
| 517734576 | + | Discover Personal Loan, 502 E Market St, Greenwood, DE 19950-9700 |
| 517734577 | | Disney Vacation Dev Inc, 18151 Community Drive, Lake Buena Vista, FL 32830 |
| 517891770 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517891771 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408 ST. PAUL, MN 55116-0408 |
| 517734579 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517734580 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517734582 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517734581 | + | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 517734583 | + | Gynecologic Cancer & Pelvic Surgery LLC, 101 Old Short Hills Road, Suite 400, West Orange, NJ 07052-1023 |
| 517734584 | + | Hackensack University Hospital, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518778180 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 518778181 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798, KHEAA, PO BOX 798 FRANKFORT KY 40602-0798 |
| 517734589 | + | Moneer K Hanna, MD, 101 Old Short Hills Road, Suite 203, West Orange, NJ 07052-1090 |
| 517859150 | + | Montclair Radiology, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734594 | | NICU Associates at St. Barnabas, PO BOX 18220, Newark, NJ 07191-8220 |
| 517776838 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517761621 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 517734595 | + | North American Partners In Anesthesia, PO Box 49, Glen Head, NY 11545-0049 |

Case 18-27552-JKS    Doc 52    Filed 10/20/21    Entered 10/21/21 00:12:50    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 113 |

| | | |
|---|---|---|
| 517734596 | + | Northland Group Inc, P.O Box 390905, Minneapolis, MN 55439-0905 |
| 517766048 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 518040094 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517734599 | + | Santander Bank Na, Po Box 841002, Boston, MA 02284-1002 |
| 517734598 | | Santander Bank Na, PO Box 847051, Boston, MA 02284-7051 |
| 517767125 | + | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 517734600 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517855868 | + | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517734601 | + | Short HIlls Surgery Center, 187 Millburn Ave, Millburn, NJ 07041-1845 |
| 518545054 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734602 | + | St. Joseph's Regional Medical Center, PO BOX 36284, Newark, NJ 07188-6206 |
| 517734604 | + | Suburban Endoscopy Center, 799 Bloomfield Ave Suite 101, Verona, NJ 07044-1301 |
| 517734614 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517734613 | + | The Law Offices of Frederic I. Weinberg, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 517834162 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517734615 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517790043 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517734618 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |
| 517734619 | + | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:29 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517734553 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:40 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517734552 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517734554 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 18 2021 20:25:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:33 | Citibank North America, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517734557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:54 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517865766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:34 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517734560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:34 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517734559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:33 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517734562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:43 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517734561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:43 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 18, 2021 | | Form ID: plncf13 | Total Noticed: 113 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517734565 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734566 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517734567 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/Woman Within, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 517734569 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Capital/mprc, Po Box 182120, Columbus, OH 43218-2120 |
| 517734572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenitycapital/dvdsbr, Po Box 182120, Columbus, OH 43218-2120 |
| 517734571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenitycapital/dvdsbr, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734573 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:54 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 517734574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:33 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517734575 | + | Email/Text: dplbk@discover.com | Oct 18 2021 20:25:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 517751446 | + | Email/Text: dplbk@discover.com | Oct 18 2021 20:25:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517891770 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2021 20:25:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517891771 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2021 20:25:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517734585 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2021 20:25:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517734555 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 18 2021 20:32:40 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517734556 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 18 2021 20:32:50 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517734587 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2021 20:25:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517734586 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2021 20:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517855026 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2021 20:32:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517800679 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2021 20:32:32 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517826542 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2021 20:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517734590 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2021 20:32:32 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517734591 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2021 20:32:42 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517734592 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2021 20:25:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 517734593 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2021 20:25:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 517852638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:52 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 517856658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:52 | Portfolio Recovery Associates, LLC, c/o L.l.bean, POB 41067, Norfolk VA 23541 |
| 517852235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:42 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 517850650 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517850649 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517863963 | + | Email/Text: bncmail@w-legal.com | Oct 18 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517734606 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734605 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Syncb/Toys 'R' Us, Attn: Bankruptcy, Po Box 965004, Orlando, FL 32896-5004 |
| 517734607 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:29 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517737371 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517734609 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:29 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734610 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517734611 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734612 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517853200 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517734616 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 20:25:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517734617 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 20:25:00 | Verizon, Po Box 650051, Dallas, TX 75265-0051 |
| 517734620 | + | Email/Text: bankruptcydept@wyn.com | Oct 18 2021 20:25:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**     **Bypass Reason**    **Name and Address**

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 113 |

| | | |
|---|---|---|
| 517734549 | | Cap1/bstby |
| 517734578 | | Elaine J. Fredo |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517734546 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517734597 | *+ | Northland Group Inc, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 517734603 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518897352 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518897353 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518545055 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734608 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734588 | ##+ | MCS Claim Services Inc, 123 Frost Street, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Andrew Mugnone  Jr. ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | on behalf of Joint Debtor LuAnn Mugnone ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7