UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Andrew Mugnone, Jr.
LuAnn Mugnone

Case No.: 18-27552

Chapter: 13

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Andrew Mugnone, Jr.__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __December 2, 2021__

/s/ Andrew Mugnone, Jr.
Andrew Mugnone, Jr.
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

rev. 8/1/18
Best Case Bankruptcy