| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Andrew Mugnone Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6494<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | LuAnn Mugnone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4519<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–27552–JKS | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew Mugnone Jr.                                LuAnn Mugnone

                                                  **By the court:** John K. Sherwood
2/7/22                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-27552-JKS
Andrew Mugnone, Jr.                                                          Chapter 13
LuAnn Mugnone
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 118 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Mugnone, Jr., LuAnn Mugnone, 80 Clark Avenue, Bloomfield, NJ 07003-3747 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517734538 | + | Ambulatory Anesthesia Physician, PO BOX 48180, Newark, NJ 07101-8380 |
| 517734539 | + | American Anesthesiology of NJ, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 517734542 | + | Andrew & Helen Mugnone, 308 E Quailwood Drive, Fuquay Varina, NC 27526-6890 |
| 517768000 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517859142 | + | Barnabas Health Medical Group, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 517734563 | + | Clara Maass Medical Centr, P O BOX 18346, Newark, NJ 07191-8346 |
| 517734564 | + | Columbia Doctors, PO Box 26947, New York, NY 10087-6947 |
| 517734576 | + | Discover Personal Loan, 502 E Market St, Greenwood, DE 19950-9700 |
| 517734577 | | Disney Vacation Dev Inc, 18151 Community Drive, Lake Buena Vista, FL 32830 |
| 517734579 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517734580 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517734582 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517734581 | + | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 517766048 | + | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197-0002 |
| 517734583 | + | Gynecologic Cancer & Pelvic Surgery LLC, 101 Old Short Hills Road, Suite 400, West Orange, NJ 07052-1023 |
| 517734584 | + | Hackensack University Hospital, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518778180 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 518778181 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798, KHEAA, PO BOX 798 FRANKFORT KY 40602-0798 |
| 517734589 | + | Moneer K Hanna, MD, 101 Old Short Hills Road, Suite 203, West Orange, NJ 07052-1090 |
| 517859150 | + | Montclair Radiology, CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734594 | | NICU Associates at St. Barnabas, PO BOX 18220, Newark, NJ 07191-8220 |
| 517776838 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517761621 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 517734595 | + | North American Partners In Anesthesia, PO Box 49, Glen Head, NY 11545-0049 |
| 517734598 | | Santander Bank Na, PO Box 847051, Boston, MA 02284-7051 |
| 517734601 | + | Short HIlls Surgery Center, 187 Millburn Ave, Millburn, NJ 07041-1845 |
| 519458123 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519458124 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518545054 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734602 | + | St. Joseph's Regional Medical Center, PO BOX 36284, Newark, NJ 07188-6206 |
| 518040094 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517734603 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517734604 | + | Suburban Endoscopy Center, 799 Bloomfield Ave Suite 101, Verona, NJ 07044-1301 |
| 517734613 | + | The Law Offices of Frederic I. Weinberg, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 517834162 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517734615 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517734618 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |

TOTAL: 39

Case 18-27552-JKS    Doc 72    Filed 02/09/22    Entered 02/10/22 00:13:02    Desc Imaged
                          Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 118 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517776655 | Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 20:34:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734540 | + Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 20:34:54 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517734541 | + Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 20:35:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 517734546 | + EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517734544 | + EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517734545 | + EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517734543 | + EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 517834645 | + EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517734547 | + EDI: TSYS2 | Feb 08 2022 01:33:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517734548 | + EDI: TSYS2 | Feb 08 2022 01:33:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517734553 | EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519460101 | EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Citibank NA, Payment Center, 4740 121st St., Urbandale, IA 50323 |
| 517734550 | + EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517734551 | + EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Cap1/justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517734552 | + EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517780096 | Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 20:34:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517734554 | + Email/Text: bankruptcy@certifiedcollection.com | Feb 07 2022 20:36:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517734558 | + EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Citibank North America, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517734557 | + EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517865766 | + EDI: CITICORP.COM | | |

Case 18-27552-JKS    Doc 72    Filed 02/09/22    Entered 02/10/22 00:13:02    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 118 |

| | | | |
|---|---|---|---|
| | | Feb 08 2022 01:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517734560 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517734559 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517734562 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517734561 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517734565 | EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734566 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517734567 | EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Bank/Woman Within, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517734568 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Bank/Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 517734569 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734570 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenity Capital/mprc, Po Box 182120, Columbus, OH 43218-2120 |
| 517734572 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenitycapital/dvdsbr, Po Box 182120, Columbus, OH 43218-2120 |
| 517734571 | + EDI: WFNNB.COM | | |
| | | Feb 08 2022 01:33:00 | Comenitycapital/dvdsbr, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517734573 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 517734574 | + EDI: CITICORP.COM | | |
| | | Feb 08 2022 01:33:00 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517734575 | + EDI: DISCOVERPL | | |
| | | Feb 08 2022 01:33:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 517751446 | + EDI: DISCOVERPL | | |
| | | Feb 08 2022 01:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517891770 | EDI: ECMC.COM | | |
| | | Feb 08 2022 01:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517891771 | EDI: ECMC.COM | | |
| | | Feb 08 2022 01:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517734585 | EDI: IRS.COM | | |
| | | Feb 08 2022 01:33:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517734555 | EDI: JPMORGANCHASE | | |
| | | Feb 08 2022 01:33:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517734556 | EDI: JPMORGANCHASE | | |
| | | Feb 08 2022 01:33:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517734587 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Feb 07 2022 20:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517734586 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Feb 07 2022 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 18-27552-JKS    Doc 72    Filed 02/09/22    Entered 02/10/22 00:13:02    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 118 |

| | | | |
|---|---|---|---|
| 517855026 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 20:34:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517800679 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 20:34:55 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517826542 | + EDI: MID8.COM | Feb 08 2022 01:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517734590 | + EDI: NAVIENTFKASMSERV.COM | Feb 08 2022 01:33:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517734591 | + EDI: NAVIENTFKASMSERV.COM | Feb 08 2022 01:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517734592 | + Email/Text: electronicbkydocs@nelnet.net | Feb 07 2022 20:36:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 517734593 | + Email/Text: electronicbkydocs@nelnet.net | Feb 07 2022 20:36:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 517734596 | + EDI: PINNACLE.COM | Feb 08 2022 01:33:00 | Northland Group Inc, P.O Box 390905, Minneapolis, MN 55439-0905 |
| 517852638 | EDI: PRA.COM | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 517856658 | EDI: PRA.COM | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o L.l.bean, POB 41067, Norfolk VA 23541 |
| 517852235 | EDI: PRA.COM | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 517850650 | EDI: Q3G.COM | Feb 08 2022 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517850649 | EDI: Q3G.COM | Feb 08 2022 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517863963 | + Email/Text: bncmail@w-legal.com | Feb 07 2022 20:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517734599 | + Email/Text: DeftBkr@santander.us | Feb 07 2022 20:36:00 | Santander Bank Na, Po Box 841002, Boston, MA 02284-1002 |
| 517767125 | + Email/Text: DeftBkr@santander.us | Feb 07 2022 20:36:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 517734600 | + EDI: DRIV.COM | Feb 08 2022 01:33:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517855868 | + EDI: CHRM.COM | Feb 08 2022 01:33:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517734606 | + EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734605 | + EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/Toys 'R' Us, Attn: Bankruptcy, Po Box 965004, Orlando, FL 32896-5004 |
| 517734607 | + EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517737371 | + EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517734609 | + EDI: RMSC.COM | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2022 01:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734610 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517734611 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517734612 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517734614 | | EDI: TFSR.COM | Feb 08 2022 01:33:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517834162 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 07 2022 20:35:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517853200 | + | EDI: AIS.COM | Feb 08 2022 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517734616 | + | EDI: VERIZONCOMB.COM | Feb 08 2022 01:33:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517734617 | + | EDI: VERIZONCOMB.COM | Feb 08 2022 01:33:00 | Verizon, Po Box 650051, Dallas, TX 75265-0051 |
| 517790043 | + | EDI: WFFC.COM | Feb 08 2022 01:33:00 | Wells Fargo Bank, N.A., PO Box 1629, Minneapolis, MN 55440-1629 |
| 517734619 | + | EDI: WFFC.COM | Feb 08 2022 01:33:00 | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |
| 517734620 | + | Email/Text: bankruptcydept@wyn.com | Feb 07 2022 20:36:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 80

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517734549 | | Cap1/bstby |
| 517734578 | | Elaine J. Fredo |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519460102 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank NA, Payment Center, 4740 121st St, Urbandale, IA 50323 |
| 517734597 | *+ | Northland Group Inc, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 518545055 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518897352 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518897353 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517734608 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517734588 | ##+ | MCS Claim Services Inc, 123 Frost Street, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 2 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 118

Date: Feb 09, 2022             Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Andrew Mugnone  Jr. ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | on behalf of Joint Debtor LuAnn Mugnone ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7